# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**BRANDON LEE SCHIRO**                                                          **PLAINTIFF**

**v.**                           **CAUSE NO. 1:18CV39-LG-RHW**

**LT. LISA WAYNE, et al.**                                            **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the [62] Report and Recommendation entered by Magistrate Judge Robert H. Walker on June 5, 2019, and after an independent review of the record, a de novo determination of the issues, consideration of the plaintiff's [63] Objection to the Report and Recommendation and the defendants' [64, 65] Responses to the Objection, and having determined that the findings are correct under applicable law,

**IT IS ORDERED AND ADJUDGED** that the [62] Report and Recommendation is **ADOPTED** as the opinion of this Court.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the [51, 55] Motions for Summary Judgment filed by the defendants are **GRANTED**. This lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**SO ORDERED AND ADJUDGED** this the 9th day of July, 2019.

                                               s/ *Louis Guirola, Jr.*
                                               LOUIS GUIROLA, JR.
                                               UNITED STATES DISTRICT JUDGE